IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN K. MYERS, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.:  3:21-cv-53 |
| v. | : | |
| | : | |
| WALMART SUPERCENTER #2663, | : | *Electronically Filed* |
| WALMART STORES, INC., | : | |
| WALMART STORES EAST, INC., | : | |
| WALMART STORES EAST, LP., and | | |
| WALMART, INC. | | |
| | | |
| Defendants. | | |

## NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Western District of Pennsylvania

This Notice of Removal is filed by Defendants Walmart Supercenter #2663, Walmart Stores, Inc., Walmart Stores East, Inc., Walmart Stores East, LP and Walmart, Inc. asserting as follows:

1. The above-described action was commenced by the filing of a Writ of Summons on or about January 4, 2021 in the Court of Common Pleas of Cambria County, Pennsylvania, against Defendants, Walmart Supercenter #2663, Walmart Stores, Inc., Walmart Stores East, Inc., Walmart Stores East, LP and Walmart, Inc. (A true and correct copy of the Writ is attached hereto as Exhibit "A".)

2. Plaintiff served Defendant Walmart Stores East, LP (errantly identified as Walmart Stores East, Inc. on the Service of Process Transmittal) with a copy of the Writ on January 21, 2021. (*See* Service of Process Transmittal attached hereto as Exhibit "B".)

3. Plaintiff served Defendant Walmart Stores, Inc. with a copy of the Writ on January 21, 2021. (*See* Service of Process Transmittal attached hereto as Exhibit "C".)

4. Plaintiff served Defendant Walmart Inc. with a copy of the Writ on January 15, 2021. (*See* Proof of Service attached hereto as Exhibit "D".)

5. Undersigned counsel entered an appearance on behalf of all Defendants and filed a Praecipe for Rule to file a Complaint. (See Entry of Appearance and Rule to file Complaint collectively as Exhibit "E").

6. The Rule to File the Complaint was served on Plaintiff's Counsel on January 15, 2021 and an Affidavit of Service of the Rule was filed on the docket on January 25, 2021. (See true and correct copy of the Affidavit of Service attached hereto as Exhibit "F").

7. Plaintiff's Complaint was filed with the Cambria County Prothonotary on February 24, 2021. (A true and correct copy of the e-mail accompanying service of the Complaint and the Complaint are collectively attached hereto as Exhibit "G".)

8. Walmart Supercenter #12663 is not a legal entity, but rather, the designation of a Walmart store located at 300 Walmart Drive, Edensburg, Cambria County, Pennsylvania 15931.

9. Walmart Stores Inc. is the former name of the entity now known as Walmart Inc., which is a Delaware corporation with a principal place of business in Bentonville, Arkansas.

10. Walmart Stores East, Inc. is a Delaware corporation with a principal place of business in Bentonville, Arkansas.

11. Wal-Mart Stores East, L.P. is a foreign limited partnership formed in the State of Delaware with a principle place of business in Bentonville, Arkansas. The Partners of Wal-Mart Stores East, L.P. are WSE Management, LLC (general partner) and WSE Investment, LLC (limited partner). Both are Delaware limited liability companies with principal places of business

in Arkansas. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company with a principal place of business in Bentonville, Arkansas. Finally, the sole shareholder of Wal-Mart Stores East, LLC is Wal-Mart Stores, Inc. (now known as Walmart Inc.), a Delaware corporation with a principal place of business in Bentonville, Arkansas.

12. Defendant believes that at the time this action was initially commenced, and at the current time, Plaintiff was a resident of Carbon County, Pennsylvania. (Ex. G, ¶1).

13. The Complaint seeks an award in excess of the arbitration limits of Cambria County ($50,000.00), but no specific sum is demanded in the Complaint. (Ex. G).

14. Among other injuries, it is understood that Plaintiff claims damages for a "traumatic" injury to his left knee, including a tear of the medial meniscus and chondral injury to the medial femoral condyle and medial tibial plateau that required an arthroscopic surgery to repair. Plaintiff also makes a claim for lost wages.

15. Based on these alleged injuries and damages, Plaintiff's counsel has advised the undersigned counsel that this case is valued in excess of $75,000.00.

16. This Notice of Removal is filed within thirty (30) days after Defendants were served with a copy of Plaintiffs' Complaint on February 24, 2021, which apprised these Defendants of the amount in controversy, and within one (1) year of the commencement of this matter by Plaintiff on January 4, 2021 by the filing of the Writ; thus, it is timely filed pursuant to 28 U.S.C. §1446(b) (3) and (c).

17. As all of the parties to this action are diverse and the amount in controversy exceeds $75,000, this Court has original jurisdiction under the provisions of 28 U.S.C. §1332

and this case may be removed to this Court by these Defendants pursuant to the provisions of 28 U.S.C. §§1441 and 1446.

WHEREFORE, Defendants, Walmart Supercenter #2663, Walmart Stores, Inc., Walmart Stores East, Inc., Walmart Stores East, LP and Walmart, Inc., request that this action now pending in the Court of Common Pleas of Cambria County at No. 2021-10 be removed to this Honorable Court.

**JURY TRIAL IS DEMANDED.**

Respectfully submitted,

THOMAS, THOMAS & HAFER LLP

Date:  3/25/2021     BY:   */s/ Rebecca Sember Izsak*
REBECCA SEMBER IZSAK, ESQUIRE
PA ID No. 74584
rsember@tthlaw.com
BROOK T. DIRLAM, ESQUIRE
PA ID No. 322841
bdirlam@tthlaw.com
525 William Penn Place
37th Floor, Suite 3750
Pittsburgh, PA  15219
(412) 697-7403
(412) 697-7407 – Facsimile

*Counsel for the Defendants*