IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN K. MYERS, | : | CIVIL DIVISION |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 3:21-CV-00053 KRG |
| vs. | : | |
| | : | |
| WALMART SUPERCENTER #2663; WALMART STORES, INC., WALMART STORES EAST, INC., WALMART STORES EAST, L.P., AND WALMART, INC., | : | |
| | : | |
| Defendants | : | |

### STIPULATION OF DISMISSAL

Please mark the above-captioned matter as settled, discontinued and ended.

DATED: August 17, 2021

/s/ Christopher R. Jancula
Christopher R. Jancula,
Esquire PA I.D. No. 92880

401 N. Logan Boulevard
Altoona, PA 16602

(814) 946-1606
(814) 942-5169 (fax)

Email: cjancula@gieg-law.com

Attorney for Plaintiff

AND NOW, this 19th day of August, 2021.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE